UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**EMMANUEL ANGELO TUGGERSON**,

    **Plaintiff**,

v.                                                                  Case No: 5:24-cv-593-SPC-PRL

**CIRCUIT JUDGE ANTHONY MICHAEL TATTI**,

    **Defendant.**

## ORDER

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee. Plaintiff shall pay an initial partial filing fee of **$0.00** as provided in 28 U.S.C. § 1915(b)(1)(A). Plaintiff is assessed the total $350.00 filing fee.[1]

As funds become available in Plaintiff's prison account, he shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the filing fee of $350.00 is paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate

---

[1] *See also Wilson v. Sargent*, 313 F.3d 1315, 1318 (11th Cir. 2002).

number; and, (3) Middle District of Florida Case Number. Checks or money orders which do not have this information will be subject to return.

Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency having custody over him lapses in its duty to make payments on his behalf. Thus, in case of transfer, Plaintiff should ensure that any new institution is advised of this lawsuit and Plaintiff's payment obligations. Plaintiff should retain a copy of this Order for that purpose.

The **Clerk** is directed to send a copy of this Order to the Supervisor, Inmate Trust Funds at Plaintiff's current place of incarceration.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 8th day of January 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

c: pro se Plaintiff