Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Ocala__ Division

LEGAL MAIL
Provided to Wakulla CI
JAN 3 1 2025
E.T
for mailing

__EMANUEL ANGELO TUGGERSON__
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__ANTHONY MICHEAL TATTI__
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __5:24-CV-00593-SPC-PRL__
*(to be filled in by the Clerk's Office)*

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: EMANUEL ANGELO TUGGERSON
   All other names by which you have been known: Mr. Tuggerson
   ID Number: S60786
   Current Institution: Wakulla C.I.-Annex
   Address: 110 Melaleuca Drive
   Crawfordville, Fla. 32327
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: ANTHONY MICHEAL TATTI
   Job or Title (if known): Circuit Judge
   Shield Number:
   Employer: Fifth Judicial Circuit, in and for Marion County
   Address: 110 N.W 1st Ave., Suite #500
   Ocala, Fla. 34475
   City / State / Zip Code
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_____ _____ _____
City          State         Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_____ _____ _____
City          State         Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(Due Process)
"Fourteenth Amendment" and "Fifth Amendment"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendant Tatti altered the Grand Jury Indictment on plaintiff without any motions, hearing, or request by prosecutors or defendants in criminal case. Then, denied plaintiff access to court to appeal.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. On May 18, 2017. The plaintiff was Indicted by Grand Jury with a Co-defendant (Isaiah Richard). In 2019 the defendant (Judge Tatti) violated the plaintiff and his codefendants Due process rights and seperated their Indictment without a hearing or motion from any parties involved. After the plaintiff was convicted Defendant Tatti denied the plaintiff oppertunity to appeal.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Between June 14, 2019 and Feduary 24, 2020 Judge tatti unlawfully Seperated the plaintiff's case. Then in 2022 Judge Tatti denied the plaintiff appeal atterney representation and access to the court to appeal the non Judicial act he comitted against the plaintiff.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The Defendant Tatti ~~seperated~~ altered The Grand Jury Indictment by Seperating the plaintiff's case from his Co-defendant so he could prosecute the plaintiff in high profile case without a hearing or motion for the Seperation of the plaintiff's case, and Sentence him to life. Then when the plaintiff paid an appeal atterney to appeal the plaintiff's conviction for the non-Judicial act Defendant Tatti denied the plaintiff's appeal attorney access to appeal the non-Judicial act in the circuit court and the plaintiff was force to File a Federal Habeaus Corpus to appeal Non Judicail act defendant tatti comitted.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. The plaintiff was sentenced to life in prison without oppertunity to appeal.
2. The plaintiff Suffered from Major Depression for not being able to appeal conviction and being stuck in prison.
3. The plaintiff's two year Statute of Limitations expired in State Court.
4. The plaintiff's still stuck in prison with two life Sentences for Judge Tatti's non-Judicial act, and the plaintiff's codefendant was Sentenced to Ten years.
5. The plaintiff was abandoned Socially and financially from incarceration.
6. The plaintiff has been denied access to the courts.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. $850,000.00 (USD) in Punitive Damages.
2. $850,000.00 (USD) in Compensatory Damages.
3. $850,000.00 (USD) in Emotional Damages.
4. $20,000.00 (USD) in expenses to fees the plaintiff had to pay atterney to appeal case.
5. Dismissal of Grand Jury Indictment.
6. Dismissal of all evidence and content from "Fruits of Poisonous Tree" and "Manifest Injustice".
7. Overturn Plaintiff's Conviction.
8. Dismissal of all evidence derived from content in unlawful oral wireTap defendant Judge Tatti attempted to cover up with non Judicial act.
9. Adjudication of the defendant Anthony M. Tatti.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

The plaintiff has greivanced claims in complaint to the "Florida Judicial Qualification Commission" and the United States District Court for the Middle District of Florida, Ocal Division. Case No. 5:25-CV-00037-KKM-PRL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

United States District Court Middle District of Florida Ocala Division. Case No. 5:25-CV-00037-KKM-PRL.

2. What did you claim in your grievance?

1. Altered Grand Jury Indictment without court proceeding.
2. Unlawful Oral Wire-Tap Recording
3. Unlawful Evidence at Grand Jury Indictment hearing.

3. What was the result, if any?

Pending.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

hired an attorney to appeal conviction in 2022. Judge Tatti denied the plaintiff's hired attorney access to the plaintiff's case on the court Docket and Sealed the documents from case. Plaintiff's was forced to file habeaus Corpus Appeal in Federal Court.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) EMANUEL ANGELO TUGGERSON

   Defendant(s) OFFICER T.S KETO, et al.,

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court for the Northern District of Florida, Tallahassee Division.

3. Docket or index number

   Case No. 4:22cv66-MW-MAF

4. Name of Judge assigned to your case

   Gerald Fitzpatrick (I think)

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Pending Jury Trial.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **January 29, 2025**

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: **EMANUEL ANGELO TUGGERSON**
Prison Identification #: **#S60786**
Prison Address: **(Wakulla C.I.) 110 Melaleuca Drive Crawfordville, Fla. 32327**
                  City              State         Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                  City              State         Zip Code
Telephone Number: _____
E-mail Address: _____



Emanuel A. Tuggerson #S60786
Wakulla C.I.-Annex
110 Melaleuca Drive
Crawfordville, Fla. 32327

SCREENED
By USMS

United States District Court
"Office of the Clerk"
207 N.W. Second Street, Room #337
Ocala, Fla. 34475-6666